JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| AMERICAN INTERNATIONAL INDUSTRIES, A California General Partnership,<br><br>             Plaintiff,<br><br>     v.<br><br>UNITED EXCHANGE CORP., A California Corporation, and FAMILY DOLLAR STORES, INC., A Delaware Corporation,<br><br>             Defendants. | CASE No.  CV09-5560 CAS (FFMx)<br><br>**ORDER DISMISSING CASE**<br><br>Assigned to:<br>Honorable Christina A. Snyder<br>Courtroom:  5<br><br>Trial:  None<br>Complaint Filed:     July 29, 2009 |

0067.149\9989

Proposed Order on Stipulation Dismissing Case

Having reviewed the stipulation submitted by plaintiff, AMERICAN INTERNATIONAL INDUSTRIES ("AII") and defendant UNITED EXCHANGE CORPORATION, INC., ("UEC"), the Court orders as follows:

The case of *American International Industries, a California General Partnership v. United Exchange Corporation, Inc.*, a California corporation, Case No. CV 09-5560 is hereby dismissed.  AII and UEC is each to bear its own costs and attorneys' fees.

Dated: 12/16/09

/

*[signature: Christina A. Snyder]*
Honorable Christina A. Snyder/
Judge, United States District Court

Respectfully submitted:

  *s/Mark D. Kremer/s*
Mark D. Kremer
CONKLE, KREMER & ENGEL, PLC
Attorneys for Plaintiff

0067.149\9989

-1-
Proposed Order on Stipulation Dismissing Case